

# GALLO VITUCCI KLAR

Anne Marie Garcia
Long Island Office
agarcia@gvlaw.com
646.695.1774

February 16, 2021

SO ORDERED                    **FEB 1 6 2021**
The initial conference is adjourned from
February 17, 2021 to March 24, 2021 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**VIA ELECTRONIC FILING**
Hon. George B. Daniels, U.S.D.J

Re:   Plaintiff:        Juan Jose Felix
      Our Clients:      Penske Truck Leasing Corp. and Tyrone Eugene Kershaw
      Case No.:         20-CV-7477 (GBD)
      Our File No.:     PE-2020-1
      Date of Loss:     February 5, 2018

Dear Hon. Daniels:

My firm represents the interests of the defendants Tyrone Eugene Kershaw and Penske Truck Leasing Corp. with regard to the above-referenced matter. This letter is written to request a brief adjournment of the initial conference, which is scheduled for February 17, 2021.

Per the Court's directive in the Initial Pretrial Conference Order, dated September 15, 2020, correspondence was sent to Harmon Linder & Rogowsky, then counsel of record for plaintiff Juan Jose Felix, providing counsel with a copy of the Order and with the proposed Case Civil Management Plan and Schedule. Despite several attempts to reach plaintiff's counsel – by telephone, email and regular mail – we never received a response from Harmon Linder & Rogowsky. Further, to our knowledge, this firm has yet to make an appearance in this matter.

We have since received a copy of a Consent to Change Attorney, which was filed with the Supreme Court, Bronx County. A copy of that consent is annexed hereto for the Court's convenience. While we assume that Harmon Linder & Rogowsky has provided a copy of their file to incoming counsel, such may not be the case as incoming counsel has yet to file an appearance in this matter. Additionally, plaintiff Juan Jose Feliz has a 2nd action related to this accident pending in Supreme Court, Bronx County. That matter is the subject of motion practice as our office is seeking the dismissal of the 2nd action as we believe it is improper.

So as to allow incoming counsel the opportunity to file a notice of appearance in this matter and to allow the parties to resolve the issues that have arose from Mr. Feliz's second action, we request a brief adjournment of the initial conference, which is scheduled for February 17, 2021.

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS:  100 CROSSWAYS PARK WEST, SUITE 305, WOODBURY, NY  11797  •  212.683.7100

We thank the Court for its time to this matter. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

GALLO VITUCCI KLAR LLP

Anne Marie Garcia

/amg
Encls.