USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 3 2021

GALLO VITUCCI KLAR

Anne Marie Garcia
Long Island Office
agarcia@gvlaw.com
646.695.1774

SO ORDERED

The initial conference is adjourned from
March 24, 2021 to April 21, 2021 at 9:30 a.m.

*Geore B. Daniels*
HON. GEORGE B. DANIELS

**VIA ELECTRONIC FILING**
Hon. George B. Daniels, U.S.D.J

MAR 2 3 2021

Re:     Plaintiff:      Juan José Felix
        Our Clients:    Penske Truck Leasing Corp. and Tyrone Eugene Kershaw
        Case No.:       20-CV-7477 (GBD)
        Our File No.:   PE-2020-1
        Date of Loss:   February 5, 2018

Dear Hon. Daniels:

My firm represents the interests of the defendants Tyrone Eugene Kershaw and Penske Truck Leasing Corp. with regard to the above-referenced matter. This letter is written to request a brief adjournment of the initial conference, which is scheduled for March 24, 2021.

Since our last letter to the Court in February 2021, we have spoken to plaintiff Juan Jose Felix's new counsel – Steven Goldstein of Goldstein & Handwerker – to discuss possible settlement of this matter. While the parties have not yet been able to finalize a settlement, discussions are on-going. In fact, today I sent to counsel a copy of the rental agreement that our driver had with Penske Truck evidencing the insurance coverage available in this matter. I am hopeful that once he has an opportunity to discuss this matter with his client, we will be able to settle this case.

Accordingly, to allow incoming counsel the opportunity to speak to his client about settlement of this matter and so that counsel can file the appropriate notice of appearance, we respectfully request a brief adjournment of the initial conference, which is scheduled for March 24, 2021.

We thank the Court for its time to this matter. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

GALLO VITUCCI KLAR LLP

*Anne Marie Garcia*

Anne Marie Garcia

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 100 CROSSWAYS PARK WEST, SUITE 305, WOODBURY, NY 11797 • 212.683.7100