GALLO VITUCCI KLAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 0 2021

Anne Marie Garcia
Long Island Office
agarcia@gvlaw.com

SO ORDERED 774

April 16, 2021

The initial conference on
April 21, 2021 at 9:30 a.m., is adjourned to
May 26, 2021 at 9:30 a.m.

**VIA ELECTRONIC FILING**
Hon. George B. Daniels, U.S.D.J

APR 2 0 2021   *George B. Daniels*

HON. GEORGE B. DANIELS

| | | |
|---|---|---|
| Re: | Plaintiff: | Juan Jose Felix |
| | Our Clients: | Penske Truck Leasing Corp. and Tyrone Eugene Kershaw |
| | Case No.: | 20-CV-7477 (GBD) |
| | Our File No.: | PE-2020-1 |
| | Date of Loss: | February 5, 2018 |

Dear Hon. Daniels:

My firm represents the interests of the defendants Tyrone Eugene Kershaw and Penske Truck Leasing Corp. with regard to the above-referenced matter. This letter is written to request a brief adjournment of the initial conference, which is scheduled for March 24, 2021. I have conferred with plaintiff's counsel who agrees to this request.

Since our last letter to the Court in March 2021, the parties have been engaged in ongoing discussions concerning settlement of this matter. Plaintiff's counsel was provided with a copy of the rental agreement that the driver had with Penske Truck evidencing the insurance coverage available in this matter as well as a disclaimer letter from Progressive Insurance Company, the insurance carrier for the driver's employer. At this time, the parties are in the process of resolving issues concerning insurance coverage. Once that is resolved, the parties are hopeful that we will be able to settle this case.

Accordingly, to allow for the parties to resolve insurance coverage issues and possibly settle this matter, as well as to allow additional time for plaintiff's counsel to file the appropriate notice of appearance, we respectfully request a brief adjournment of the initial conference, which is currently scheduled for April 21, 2021.

We thank the Court for its time to this matter. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

GALLO VITUCCI KLAR LLP

*Anne Marie Garcia*

Anne Marie Garcia

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 100 CROSSWAYS PARK WEST, SUITE 305, WOODBURY, NY 11797 • 212.683.7100