USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 25 2021

# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Anne Marie Garcia
Long Island Office
agarcia@gvlaw.com
646.695.1774

May 20, 2021

**VIA ELECTRONIC FILING**
Hon. George B. Daniels, U.S.D.J

Re: Plaintiff: Juan Jose Felix
Our Clients: Penske Truck Leasing Corp. and Tyrone Eugene Kershaw
Case No.: 20-CV-7477 (GBD)
Our File No.: PE-2020-1
Date of Loss: February 5, 2018

Dear Hon. Daniels:

**SO ORDERED**

The initial conference is adjourned from May 26, 2021 to June 23, 2021 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
MAY 25 2021

My firm represents the interests of the defendants Tyrone Eugene Kershaw and Penske Truck Leasing Corp. with regard to the above-referenced matter. This letter is written to request a brief adjournment of the initial conference, which is scheduled for May 26, 2021. I have conferred with plaintiff's counsel who agrees to this request.

Since our last letter to the Court in April 2021, the parties have been engaged in ongoing discussions concerning settlement of this matter. To date, although a settlement has not been reached, a settlement offer has been made. However, insurance coverage issues have occurred due to the disclaimer of coverage by Progressive Insurance Company for the driver of the vehicle and his employer. At this time, the parties are in the process of trying to resolve the issues concerning insurance coverage. Once that issue has been resolved, the parties are confident that we will be able to settle this case.

Accordingly, to allow for the parties to resolve insurance coverage issues and possibly settle this matter, as well as to allow additional time for plaintiff's counsel to file the appropriate notice of appearance, we respectfully request a brief adjournment of the initial conference, which is currently scheduled for May 26, 2021.

We thank the Court for its time to this matter. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

GALLO VITUCCI KLAR LLP

*Anne Marie Garcia*

Anne Marie Garcia

/amg

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 100 CROSSWAYS PARK WEST, SUITE 305, WOODBURY, NY 11797 • 212.683.7100

CC:   *Via Electronic Mail*
      Goldstein & Handwerker, LLP
      280 Madison Avenue, Suite 1202
      New York, New York 10016
      Phone: 212-679-1330
      Fax: 212-779-2469