**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
JUAN JOSE FELIZ,

                Plaintiff,

     -against-

TYRONE EUGENE KERSHAW and PENSKE
TRUCK LEASING CORP.,

                Defendants.

------------------------------------- x

*JAN 26 2022*

ORDER

20 Civ. 7477 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: January 25, 2022
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge